UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ANTUNEZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FREUDENBERG MEDICAL, LLC, a limited liability company, and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-06319-PA (PLAx)<br><br>**Hon. Percy Anderson**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |

[PROPOSED] ORDER RE: DISMISSAL

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED: March 27, 2019

By: *[signature]*
HON. PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Jason I. Bluver, State Bar No. 281784
jib@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
FREUDENBERG MEDICAL, LLC.

4830-4848-2959.1